

**BRETT D. SHERMAN**
*Member NY Bar*

— CREDIT YOU DESERVE —

**JAMES R. TICCHIO**
*Member NY & NJ Bars*

60 East 42nd Street • New York, NY 10165
(212) 324-3874

October 2, 2023

<u>VIA ECF</u>
The Honorable Esther Salas
US District Court
District of New Jersey
50 Walnut St #4015
Newark, NJ 07102

      **Re: <u>Blender V. Equifax Information Services LLC Et Al; 2:2023-cv-00001 (ES) (JRA)</u>**
      *Notice of Settlement in Principle between Plaintiff and Equifax Information Services LLC Only*

Dear Judge Esther Salas:

    This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Equifax Information Services LLC ("Equifax" together the "Parties"), I write to inform the Court that these parties have reached a confidential settlement in principle of Plaintiff's claims against Equifax in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff and Equifax jointly and respectfully request until December 2, 2023 to file a joint stipulation and proposed order dismissing all claims against Equifax with prejudice.

                                                   Respectfully submitted,

                                                   James R. Ticchio