

**BRETT D. SHERMAN**
*Member NY Bar*

**JAMES R. TICCHIO**
*Member NY & NJ Bars*

— CREDIT YOU DESERVE —

60 East 42nd Street • New York, NY 10165
(212) 324-3874

January 8, 2024

<u>**VIA ECF**</u>
The Honorable Esther Salas
US District Court
District of New Jersey
50 Walnut St #4015
Newark, NJ 07102

      Re: <u>**Blender V. Equifax Information Services LLC Et Al; 2:2023-cv-00001 (ES) (JRA)**</u>
*Notice of Settlement in Principle between Plaintiff and Experian Information Solutions, Inc. Only*

Dear Judge Esther Salas:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian" together the "Parties"), I write to inform the Court that these parties have reached a confidential settlement in principle of Plaintiff's claims against Experian in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff and Experian jointly and respectfully request until March 8, 2024 to file a joint stipulation and proposed order dismissing all claims against Experian with prejudice.

                                              Respectfully submitted,

                                              James R. Ticchio

newyorkcreditlawyers.com
120 N. Main Street • New City, NY 10956 • (212) 324-3874